OPINION — AG — ** RETAIL PACKAGE STORE — LOCATION ** 37 O.S. 1971 534 [37-534](C), PROHIBITS A RETAIL PACKAGE STORE FROM BEING LOCATED ON THE SAME CITY OR TOWN (MUNICIPALITY) BLOCK WHERE A SCHOOL OR CHURCH IS LOCATED. "A CITY OR TOWN BLOCK" MEANS A SQUARE OR PORTION OF THE CITY ACTUALLY ENCLOSED BY STREETS AND AVENUES. CITE: 37 O.S. 1971 534 [37-534](C) (DANIEL J. GAMINO)